■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DEMPSEY, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on December 3, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.

■ GRAMERCY 222 RESIDENTS CORP. et al., Appellants, v GRAMERCY REALTY ASSOCIATES et al., Defendants, and BERNARD ROTHZEID & PARTNERS, P. C., et al., Respondents. (And Two Other Actions.)—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about November 15, 1985, unanimously affirmed for the reasons stated by Beatrice Shainswit, J., at Special Term. Respondent Reuben Miller shall recover of appellants $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO ZORILLA, Appellant.—Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on June 20, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Fein, Lynch, Kassal and Ellerin, JJ.